To: Leu &Okuda. Attorneys at Law
The merchant House
222 Merchant Street, Mailn Floor
Honolulu, HI 96732

VIA USPS 7009 2820 0001 5277 3555

RE: CMI Loan #653420057
Daniel Asao
Kahului, HI 96732-3201

To whom it may concern;

I would like to dispute the validity of this debt due to the following reason. I am informing you that the transaction for the above referenced borrower and subject property has been preliminarily audited and many violations/predatory lending practices have been discovered within but not limited to the following:

Truth in Lending Act [16 U.S.C. §1601] "TILA"
Home Ownership Equity Protection Act [12 C.F.R. 226.32 *et seq.*] "HOEPA"
Real Estate Settlement Procedures Act [12 U.S.C. §2601] "RESPA"
and State and Federal Law Violations.

A formal document will be prepared by my legal counsel and will be forwarded to you under a separate cover. In the meantime, I suggest that you suspend all foreclosure proceedings in connection with the above mortgage loan.

To the extent that this loan has been sold, transferred or assigned, this letter shall serve as (QWR) Qualified Written Request pursuant to RESPA (12 U.S.C. §2601 *et seq.*), therefore I demand and request the following information below:

All escrow analysis conducted on the above referenced account from inception of the loan until the date of this letter:

Copies of all sales contract(s), servicing agreements, assignments, transfers, indemnification/recourse agreements and any agreement related to the loan from its inception to the current date. All loan servicing agreements between the servicer(s) and loan holder, lender and/or trustees.

Please be advised that you have twenty (20) days to respond to this letter.

Sincerely,

Daniel Asao

EXHIBIT "B"

UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2820 0001 5277 3555**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
Status: **Delivered**

Your item was delivered at 1:42 pm on August 25, 2010 in HONOLULU, HI 96813.

Detailed Results:

- **Delivered, August 25, 2010, 1:42 pm, HONOLULU, HI 96813**
- **Acceptance, August 24, 2010, 9:10 am, KIHEI, HI 96753**

Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

7009 2820 0001 5277 3555

**U.S. Postal Service**

# CERTIFIED MAIL RECEIPT

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.44 | |
| Certified Fee | $2.80 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.24 | |

KIHEI HI 96753
AUG 24 2010
USPS

Sent To

Street, Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006 See Reverse for Instructions

KIHEI POST OFFICE
KIHEI, Hawaii
967539998
1424030520 -0096
08/24/2010 (808)879-1987 09:11:41 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
| --- | --- | --- | --- |
| HONOLULU HI 96813 Zone-1 First-Class Letter | | | $0.44 |
| 0.50 oz. | | | |
| Expected Delivery: Wed 08/25/10 | | | |
| Certified | | | $2.80 |
| Label #: 70092820000152772555 | | | |
| | | | ======== |
| Issue PVI: | | | $3.24 |

Total: $3.24

Paid by:
Debit Card $3.24
Account #: XXXXXXXXXXXX4962
Approval #: 000740
Transaction #: 564
23 903130632
Receipt#: [illegible]

Order stamps at USPS.com/shop or call 1-800-Stamp24. Go to USPS.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

****************************************

Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.

****************************************

Bill#: 1000402191778
Clerk: 11

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

****************************************

HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS

****************************************

Customer Copy