IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANIEL T. ASAO, an individual, | ) CV. NO. 10-00553 SOM-KSC )  ) ORDER SETTING TRIAGE |
| Plaintiff, | ) CONFERENCE ) |
| vs. | ) ) |
| CITI MORTGAGE, INC., a Business Entity; ABN AMRO MORTGAGE GROUP, a Business Entity, form unknown; MAUI CAPITAL GROUP, INC., a Business Entity, form unknown, doing business as Hawaii Mortgage Solutions; ISLAND TITLE CORPORATION, a Business Entity, form unknown; DOES 1-100 inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

ORDER SETTING TRIAGE CONFERENCE

In accordance with Rule 16.10 of the Local Rules of Practice for the United States District Court for the District of Hawaii, a triage conference shall be held in this action on November 16, 2010 at 2:00 p.m. before Magistrate Judge Kevin S.C. Chang.

All parties or their counsel shall attend in person and be prepared to discuss the following subjects.

> (1) Identification and description of claims and alleged defects in loan documents.
>
> (2) Prospects for loan modification.
>
> (3) Prospects for settlement, including participation in alternative dispute resolution processes.
>
> (4) Any other matters that may be conducive to the just, efficient and economical determination of the action.

The parties need not submit written materials to the court for the conference.

In preparation for the conference, counsel for plaintiffs shall do the following.

> (1) Review relevant loan documents and conduct a brief investigation of claims to determine whether plaintiffs' claims have merit.
>
> (2) If plaintiffs are seeking a loan modification to resolve all or some of

2

> their claims, counsel shall promptly notify plaintiffs that they must prepare a current accurate financial statement and gather all of the information and documents customarily needed to support a loan modification request.
>
> (3) If plaintiffs are seeking a loan modification, counsel shall immediately notify defense counsel of plaintiffs' request for loan modification.
>
> (4) Provide counsel for defendants with information necessary to evaluate the prospects for loan modification. The general and financial information provided by plaintiff to defendant may be in the form of a financial statement, worksheet or application customarily used by financial institutions and shall be transmitted by plaintiff to defendant no

        later than 21 days prior to the triage conference.

   (5) If plaintiffs are not attending in person, counsel shall arrange for plaintiffs to be available by telephone for the conference.

In preparation for the conference, counsel for defendants shall do the following.

   (1) If defendants are unable or unwilling to do a loan modification after receiving notice of plaintiffs' request, counsel for defendants shall promptly notify plaintiffs' counsel to that effect.

   (2) Arrange for a representative of defendant with full settlement authority to attend the conference or to have a representative of defendant with full settlement authority available by telephone for the conference.

The triage conference may be reconvened as needed.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, October 18, 2010.



_____
Kevin S.C. Chang
United States Magistrate Judge